UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY CURTIS MOORE,

    Petitioner,

-vs-                                              Case Nos.  5:03-cv-311-Oc-10GRJ
                                                                        5:02-cr-3-Oc-10GRJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER DISMISSING PETITION WITH PREJUDICE**

The United States Magistrate Judge has filed a Report and Recommendation that the Petitioner's Motion under 28 USC § 2255 to vacate his sentence should be denied (Doc. 26).  The Petitioner has filed objections to the Report and Recommendation (Doc. 27).

Upon due consideration, the Petitioner's objections are overruled and the well reasoned Report and Recommendation of the United States Magistrate Judge is hereby APPROVED and ADOPTED.  The motion or petition under 28 USC § 2255 is DISMISSED with prejudice, and the Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 15th day of June, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies to:   Larry Curtis Moore
                 Counsel of Record
                 Maurya McSheehy