UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY CURTIS MOORE,

        Plaintiff,

-vs-                                         Case No. 5:03-cv-311-Oc-10GRJ

UNITED STATES OF AMERICA,

        Defendant.
_____

## **O R D E R**

The Defendant/Petitioner previously filed a motion pursuant to 28 USC § 2255 attacking his sentence, which the Court denied with prejudice by its Order entered on June 16, 2005 (Doc. 29). This case is presently before the Court for consideration of the Defendant/Petitioner's "Addendum to citation of supplemental authority submitted on 6/6/05, decision pending pursuant to 28(j) seeking correction of sentence in lieu of extra-ordinary medical impairment at 5H1.4 and 5k2.11" (Doc. 31). The Defendant/Petitioner's so-called "addendum" appears to be a motion seeking a reduction in sentence due to his serious health problems. The motion recites that in July 2004, the Defendant had open heart surgery leaving the Defendant/Petitioner permanently impaired. In addition, the Defendant/Petitioner has diabetes, high cholesterol, high blood pressure, and a hearing impairment.

The Defendant/Petitioner's sentence may only be modified pursuant to the provisions of 18 U.S.C. § 3582(c).[1]  The Defendant has not demonstrated that he is entitled to have his sentence modified under these provisions.  Accordingly, the Defendant/Petitioner's motion is DENIED.

---

[1]The statute provides that:

> The court may not modify a term of imprisonment once it has been imposed except that--
> (1) in any case--
>   (A) the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that--
>     (i) extraordinary and compelling reasons warrant such a reduction; or
>     (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c), for the offense or offenses for which the defendant is currently imprisoned, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g); and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission; and
>   (B) the court may modify an imposed term of imprisonment to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; and
> (2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 25th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Larry Curtis Moore